*Jesse P. Gram, Frederick L. Allen* and *Murray Downs* for appellant.

*Frederick M. Czaki* and *Marion Erwin* for respondent.

Order affirmed, with costs, and question certified answered in the negative; no opinion.

Concur: WERNER, HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.

---

LONDON AND SOUTHWESTERN BANK, LIMITED, Appellant, *v.* WILLIAM N. WHITE, Respondent.

*London & Southwestern Bank, Ltd.,* v. *White,* 162 App. Div. 739, affirmed.

(Argued September 29, 1914; decided October 13, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 29, 1914, which affirmed an order of Special Term vacating a judgment against defendant entered upon confession.

*Edgar M. Doughty* for appellant.

*Charles Caldwell* for respondent.

Order affirmed, with costs; no opinion.

Concur: WERNER, HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.